IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

SAM BURTON THOMPSON JR.　　　§
　　　　　　　　　　　　　　　§
VS.　　　　　　　　　　　　　 §　CIVIL ACTION NO. 4:12-CV-466-Y
　　　　　　　　　　　　　　　§
CAROLYN W. COLVIN　　　　　　§

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On July 10, 2013, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court affirm the decision of the Commissioner of the Social Security Administration ("the Commissioner") denying plaintiff Samuel Burton Thompson Jr.'s claim for disability-insurance benefits under Title II of the Social Security Act. Neither of the parties filed objections to the findings.

After review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein. Accordingly, the Commissioner's decision is AFFIRMED.

SIGNED August 8, 2013.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　TERRY R. MEANS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE